# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENTRY INSURANCE,<br><br>      Plaintiff,<br><br>vs.<br><br>FELIX A. RODRIGUEZ et al.,<br><br>      Defendants. | Case No.: 2:13-cv-02257-RCJ-CWH<br><br>**ORDER** |

Plaintiff asked the Clerk to enter default against Defendants, and the Clerk did so.  Upon Defendants' counsel's request, Plaintiff has now asked the Court to set aside the entry of default so the case can be heard on the merits.  The Court grants the motion.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Set Aside Default (ECF No. 12) is GRANTED, and the Motion for Hearing (ECF No. 14) is DENIED as moot.

IT IS SO ORDERED.

Dated this 16th day of June, 2014.

                                                    _____
                                                       ROBERT C. JONES
                                                 United States District Judge